**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

|  |  |
|---|---|
| CHRISTIAN ROBBINS, *et al.*, | |
| Plaintiffs, | Case No. 1:24-cv-1229 |
| v. | Senior Judge J. Daniel Breen |
| TENNESSEE HOUSING DEVELOPMENT AGENCY, *et al.*, | Magistrate Judge Jon A. York |
| Defendants. | |

**NOTICE OF FILING DECLARATION OF CUSTODIAN OF RECORDS AND FILING UNDER SEAL OF RECORDS ATTACHED TO THE DECLARATION**

Defendants hereby give notice of the filing of the Declaration of the Custodian of records for the Tennessee Housing Development Agency. Due to the personal and financial information included in Exhibit A, the defendants further give notice of filing Exhibit A to the Declaration of the Custodian of the Records under seal. Plaintiffs' counsel will be separately provided a link to access the documents for download.

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

*/s/ Philip Hammersley*
PHILIP HAMMERSLEY (BPR #041111)
Senior Assistant Solicitor General
ANDREW GRAMS (BPR#018380)
Assistant Attorney General
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202-0207
Phone: (615) 532-7874
philip.hammersley@ag.tn.gov

1

# <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on Friday, February 14, 2025, a true and correct copy of the foregoing *Notice of Filing Under Seal and Declaration of the Custodian of the Records* has been forwarded via the District Court's electronic filing system, to all counsel of record.  All other parties will be served through counsel by electronic mail as follows:

William T. Thompson
Lehotsky Keller Cohn LLP
408 W. 11th Street, 5th Floor
Austin, TX 78701
(512) 693-8350
will@lkcfirm.com

Jared B. Magnuson
Lehotsky Keller Cohn LLP
3280 Peachtree Road NE
Atlanta, GA 30305
(512) 693-8350
jared@lkcfirm.com

Jonathan F. Cohn
Lehotsky Keller Cohn LLP
200 Massachusetts Avenue, NW, Suite 700
Washington, DC 20001
(512) 693-8350
jon@lkcfirm.com

/s/ *Philip Hammersley*

PHILIP HAMMERSLEY (BPR#041111)

2