## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | |
|---|---|
| CHRISTIAN ROBBINS, *et al.*, | Case No. 1:24-cv-1229 |
| Plaintiffs, | Senior Judge J. Daniel Breen |
| v. | Magistrate Judge Jon A. York |
| TENNESSEE HOUSING DEVELOPMENT AGENCY, *et al.*, | |
| Defendants. | |

## DECLARATION OF CUSTODIAN OF THE RECORDS

I, Lindsay Hall, after being duly sworn, do hereby depose and, upon personal knowledge, state as follows:

1.     My name is Lindsay Hall. I am the custodian of records at the Tennessee Housing Development Agency ("THDA").

2.     I am over the age of eighteen and have personal knowledge of the matters set forth in this Affidavit. I am competent to testify to these facts if called to testify as a witness in court.

3.     I certify that the attached are records or a data compilation created from records that:

(A)    were made at or near the time of the matters set forth by, or from information transmitted by, a person with knowledge of and a business duty to record or transmit those matters;

(B)    were kept in the course of regularly conducted activity; and

1

(C)    were made by the regularly conducted activity as a regular practice.

4.    I have reviewed the documents attached in Exhibit "A" and certify that they are a true and correct copy of the file of Plaintiff, Shana Smith, in connection with her application to the THDA's Homeowners' Assistance Program consisting of 63 pages.

The Declarant says nothing further.

Pursuant to 28 U.S.C.S. § 1746, I state under penalty of perjury that the foregoing is true and correct. Executed on February 14, 2025.

THDA

By: _____
Custodian of Records

2